Stamatios Stamoulis #01790-1999
Richard C. Weinblatt #01571-2001
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*LedComm LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEDCOMM LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:21-cv-17925 |
| MAXLITE INC., | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

**PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, LedComm LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

1

Respectfully submitted,

Dated:  September 30, 2021

STAMOULIS & WEINBLATT LLC
            and
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Richard C. Weinblatt*
Stamatios Stamoulis #01790-1999
Richard C. Weinblatt #01571-2001
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Tel: (302) 999-1540
Fax: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Cole B. Richter (pro hac vice forthcoming)
richter@ls3ip.com
Jae Y. Pak (pro hac vice forthcoming)
pak@ls3ip.com
David R. Grosby (pro hac vice forthcoming)
grosby@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 West Randolph Street, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002
Fax: (312) 754-0003

***Attorneys for Plaintiff***
***LedComm LLC***

2